# SUBPOENA DUCES TECUM TO META PLATFORMS, INC.

To: Custodian of Records, Meta Platforms, Inc., Attn: Law Enforcement Response Team, 151 N. First Street, San Jose, CA 95113 (Submit via LEORS).

Pursuant to Fed. R. Civ. P. 45 and the Court's Rule 27 order, you are commanded to produce the following electronically stored information related to Facebook posts and discussions concerning John Thomas (Lake Ozark, Missouri), for the period January 1, 2019 to present:

**1. CONTENT:** The full and complete text of each responsive Facebook post, including original/edited versions, comments, replies, reactions, associated media (photos/videos/links), and permalinks/IDs.

**2. HISTORIES:** Edit histories and deletion logs for each responsive post and associated comments.

**3. ACCOUNT DATA:** For each account that authored a responsive post/comment, provide display name(s), internal Facebook User IDs, account creation date/time, registration email(s) and phone number(s), and recovery contacts (if any).

**4. IP/LOG DATA:** Login IP logs for each such account for the period January 1, 2019–present (including date/time, IP address, device/session metadata).

**5. GROUP METADATA:** Group/admin moderation actions related to the responsive posts (removal, hides, strikes) and timestamps.

**SEARCH SCHEDULE (use exact groups/links/terms to locate responsive content):**

A. Lake Ozark–Area Groups (specific groups already identified in the record):

• Lake Area Happenings (Group ID: 792452727534559) — search for exact phrases: "Sweetwater Drive", "brandished a weapon", "danger to the community", "keep your distance".

• Lake Ozark Happenings (Group ID: 1061866168007449) — search for exact phrases: "police call", "brandished a weapon", "threatened people", "run-ins with law enforcement".

• Lake Ozark Area Happenings 2.0 (Group ID: 222182581714805) — search for exact phrases: "under investigation", "watch out for him", "causing trouble", "property damage".

B. Additional Group and Known Permalink identified in the record:

• Facebook Group: "Lake of the Ozarks Missouri" (public community group). Known post permalink (now-deleted or edited): /groups/lakeoftheozarksmissouri/posts/592567955812551/ — search for matching thread(s) and related reposts/comments.

C. NAME/KEYWORD CROSS-REFERENCES (include these as OR-terms when searching posts, comments, and threads within the groups above):

• Personal and organization names appearing in discussions: "Ali Hoffner"; "Stan Krolikowski"; "Marie Krolikowski"; "Doug Kelly"; "Matt Kelly"; "Tracy Kelly"; "Four Seasons Property Owners Association"; "Four Seasons POA"; "Jay Prince"; "Ameren"; "Josh Friedrich".

• Exact-phrase triggers tied to the events: "1108 Sweetwater"; "Sweetwater Dr"; "security cameras"; "trespassing"; "nuisance"; "nightmare"; "threats"; "brandished a gun"; "under investigation"; "watch out for him"; "no action taken by authorities".

D. Four Seasons Property Owners Association (Four Seasons POA) Facebook Page:

• Search the Four Seasons POA page posts and comments for the terms listed above in Section C, including references to "1108 Sweetwater", security cameras, trespassing accusations, nuisance complaints, 'nightmare' neighbor rhetoric, threats, and removed posts about the Sweetwater neighbor.

**PRODUCTION FORMAT:** Native format or CSV/JSON for logs; original-resolution media. Provide via LEORS or secure encrypted transfer.

**COMPLIANCE DEADLINE:** Within twenty-one (21) days of service, or as otherwise agreed in writing.