## PETITIONER'S MOTION TO SEAL EXHIBIT A

Petitioner moves to file Exhibit A under seal pursuant to Fed. R. Civ. P. 5.2(d) and W.D. Mo. L.R. 5.1(c). Exhibit A contains identifiers and alleged defamatory material; public disclosure may exacerbate harassment and safety risks. Good cause exists to restrict public access while allowing the Court and Meta access for adjudication and compliance.

Respectfully submitted,

John Thomas (Pro Se)